# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NASEEM ALI MOHAMMED, Defendant. | MJ-21-14-M-KLD ORDER |

In light of the Amended Complaint in this matter, the United States has filed a motion to quash the arrest warrant issued on January 27, 2021 in conjunction with the original Complaint. Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the first arrest warrant issued on or about January 27, 2021, is QUASHED.

Dated this 8th day of February 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1