IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NASEEM ALI MOHAMMED, *aka Bati Ahmed*, <br><br> Defendant. | CR 21-6-M-DLC <br><br><br> ORDER |

Before the Court is the United States's Motion to Dismiss the Indictment Without Prejudice pursuant to Fed. R. Crim. P. 48(a). (Doc. 11.) There is no defense counsel appointed in this case to contact regarding a position on the motion.

For good cause shown, IT IS ORDERED that the United States's motion (Doc. 11) is GRANTED.

IT IS FURER ORDERED that the Indictment pending against Mohammed (Doc. 7) is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of October, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1